AO 450 (SCD 04/2010)  Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the

District of South Carolina

| | |
|---|---|
| ANTWAN ROBINSON,<br>*Plaintiff*<br>v.<br>A. WARDEN FLORENCE MAUNEY; MAJOR DENNIS BUSH; MR. RICHARD TURNER, DHO; SGT. DANIEL COTTER; INVESTIGATOR SHUGART; NURSE CATHY JONES, LPN; MS. FELICIA OGUNSILE, CASE MANAGER; CAPT. RHONDA ABSTON, SMU; and MS. SNYDER, GRIEVANCE CLERK<br>*Defendant* | Civil Action No.  2:11-cv-2181-DCN |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($__), which includes prejudgment interest at the rate of ___ %, plus postjudgment interest at the rate of ___ %, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

■ other: The Report and Recommendation of Magistrate Judge Bruce Howe Hendricks is accepted. This action is dismissed with prejudice for lack of prosecution. The plaintiff shall take nothing on his claim filed pursuant to Title 42 U.S.C. § 1983.

This action was *(check one)*:

☐ tried by a jury, the Honorable _____ presiding, and the jury has rendered a verdict.

☐ tried by the Honorable _____ presiding, without a jury and the above decision was reached.

■ decided by the Honorable David C. Norton, United States District Judge.

Date: April 18, 2012

*CLERK OF COURT*

s/H. Hillman
*Signature of Clerk or Deputy Clerk*